**Report and Order Terminating Probation/Supervised Release**
**Prior to Original Expiration Date**

U.S. _____
S. _____ DIV.

2017 AUG 20  AM 1: 40

CLERK _____
SO. DIS ___ OF GA.

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA

v.                                    } Crim. No.  4:16CR00252-1

Susan G. Ware

On December 13, 2016, the above-named was placed on probation for a period of twelve months. She has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that she be discharged from supervision.

Respectfully submitted,

Lisa K. Jacobs
Lisa Jacobs
United States Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervision and that the proceedings in the case be terminated.

Dated this _____29th_____ day of _____August_____, 2017.

_____Smith_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

CLERK
SO. DIS ___ T. OF GA.
2017 AUG 20  AM 1: 40
U.S. _____